# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| KEITH L. STEPHENS, | Case No. EDCV 08-131 SVW (AJW) |
|     Petitioner, | |
|   v. | JUDGMENT |
| D. DEXTER, Warden, | |
|     Respondent. | |

It is hereby adjudged that the petition for a writ of habeas corpus is dismissed as untimely.

Dated: July 20, 2011

_____
Stephen V. Wilson
United States District Judge